# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ALLAN MULDOON, et al.,<br>    Plaintiffs,<br><br>        v.<br><br>TEAMSTERS LOCAL 572, et al.,<br>    Defendants. | CV 22-0161 DSF (JPRx)<br><br>JUDGMENT |

The Court having granted a motion to dismiss the Third Amended Complaint without leave to amend,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: April 17, 2023

                                        _____
                                        Dale S. Fischer
                                        United States District Judge